1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   MARK K. SLATER, Cal. Bar No. 129742
3  JONATHAN P. HERSEY, Cal. Bar No. 189240
   ELISE K. SARA, Cal. Bar No. 253813
4  4 Embarcadero, 17th Floor
   San Francisco, California 94111-4109
5  Telephone:   415-434-9100
   Facsimile:    415-434-3947
6  mslater@sheppardmullin.com
   jhersey@sheppardmullin.com
7  esara@sheppardmullin.com

8  Attorneys for Defendant
   DBI BEVERAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO COUNTY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>Defendant. | Case No.: CV 09 2318<br><br>**DEFENDANT DBI BEVERAGE INC.'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**<br><br>**[DIVERSITY OF CITIZENSHIP— 28 U.S.C. § 1332]** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

**NOTICE OF REMOVAL**

Defendant DBI Beverage Inc. ("DBI") hereby provides notice pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446(a) that it has removed to this Court an action pending in the Superior Court for the State of California for the County of Santa Clara ("Superior Court"), Case No. 109CV141788.

**ORIGINAL JURISDICTION BY DIVERSITY OF CITIZENSHIP**

1. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332, and this action may be removed to this Court by DBI pursuant to the provisions of 28 U.S.C. § 1441(b), because the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and the action is between citizens of different States.

2. On May 6, 2009, Plaintiff Maita Distributors, Inc. of San Mateo County ("Maita" or "Plaintiff") filed a Complaint against DBI in the Superior Court. A true and correct copy of Maita's Complaint, and the summons, are attached as Exhibit "A" to the Declaration of Mark K. Slater ("Slater Decl.") filed concurrently with this Notice of Removal.

3. Maita is a citizen of the State of California. *See* Complaint ¶ 1.

4. DBI is an Tennessee corporation with its principal place of business in Tennessee, and is thus a citizen of the state of Tennessee. *See* Complaint ¶ 2.

5. It is apparent from the Complaint that Plaintiff's claims likely exceed the jurisdictional minimum of $75,000. *Luckett v. Delta Airlines*, 171 F.3d 295, 298 (5th Cir. 1999); *Sanchez v. Faultless Starch/Bon Ami Co.*, 2001 U.S. Dist. LEXIS 12814 (N.D. Cal. Aug. 21, 2001). By its cause of action for declaratory relief, Plaintiff seeks to avoid

1  statutorily-mandated arbitration pursuant to California Business and Professions Code
2  section 25000.2 of the fair market value of its rights to distribute MillerCoors brands of
3  beer. *See* Complaint ¶¶ 5-6. Plaintiff alleges that if the arbitration proceeds, and if it were
4  to lose its Miller and Coors distribution rights pursuant to the statutorily-required
5  arbitration, it would "severely impair Plaintiff's legitimate contract rights and expectations,
6  and would severely diminish the value of their business." *Id.* ¶ 10. Plaintiff further alleges
7  that:

> Many of the distributors costs are fixed, including its costs for warehouse space, delivery trucks and other equipment, and cannot be reduced at all in the short term, and only slightly in the long term, with a reduction in the volume of sales or number of brands distributed. The loss of the gross profits from the sale of Miller and Coors products, coupled with an inability to reduce its fixed operating expenses would severely impact the profitability of Plaintiff's businesses and would render its business unprofitable. In addition, the loss of market share would negatively affect Plaintiff's ability to attract or keep business relationships with other suppliers, most of whom require high levels of service that can only be supported by an operation with substantial sales volume.

15 *Id.*; *see also* Declaration of Marcus Maita in support of Motion to Stay and Preliminary
16 Injunction ("Maita Decl."), ¶¶ 6-7 (attached as Exh. G to Declaration of Mark K. Slater in
17 support of Notice of Removal ("Slater Decl.")). Plaintiff also alleges that its participation
18 in the arbitration required by California Business and Professions Code section 25000.2 has
19 the potential to "severely impair Plaintiff's ability to continue to do business profitably and
20 may subject Plaintiff to the costs of a needless arbitration." Complaint, ¶ 11. Plaintiff
21 alleges that it will suffer "hundreds of thousands of dollars" of damages, and will lose
22 customers, suppliers, employees and business opportunities as a result . . . ." *See* Plaintiff's
23 Memo. of Points & Authorities in Support of Motion to Stay Arbitration or, in the
24 Alternative, for a Preliminary Injunction, at 6:25-7:1 (attached as Exh. D. to Slater Decl.);
25 *see also* Maita Decl., ¶ 25 (attached as Exh. G to Slater Decl.).
26      6.    It is also apparent from the Complaint that Plaintiff's claims likely
27 exceed the jurisdictional minimum of $75,000 because Plaintiff's second cause of action
28 alleged that DBI has breached a contract with Plaintiff, as a result of which Plaintiff alleges

it "has suffered, and will continue to suffer, damages to its business." Complaint ¶ 19. Plaintiff also contends that it is entitled to recover its attorneys fees pursuant to the contract. These alleged damages are likely to exceed $75,000.

## REMOVAL IS TIMELY AND PROPER

7. The Complaint was filed on May 6, 2009. *See* Complaint and Summons (attached as Exh. A to Slater Decl.). DBI has timely removed the action within 30 days of filing and service. *Ford v. New United Motors Mfg., Inc.*, 857 F. Supp. 707, 709 (N.D. Cal. 1994).

8. Copies of the relevant pleadings from the Superior Court action are attached to the Declaration of Mark K. Slater filed in support of this Notice of Removal.

DATED: May 26, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
MARK K. SLATER
JONATHAN P. HERSEY
ELISE K. SARA

Attorneys for Defendant
DBI BEVERAGE INC.