**E-FILED on** 7/24/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>        Defendant. | No. C-09-02318 RMW<br><br>ORDER GRANTING MOTION TO INTERVENE<br><br>**[Re Docket No. 15]** |

MillerCoors LLC's motion to intervene was calendared for hearing on July 31, 2009. No opposition has been filed, and the parties confirmed at the July 17, 2009 Case Management Conference that there is no objection to the intervention. Accordingly, there is no need for oral argument and the court will decide the motion on the papers submitted. For good cause appearing, MillerCoors' motion to intervene is granted. MillerCoors' Answer to plaintiffs' complaint, attached as Exhibit 1 to the declaration of Jesse Ruiz in support of MillerCoors' motion to intervene, shall be deemed filed as of the date of this order and MillerCoors has all the rights to which it is entitled as a party to this action.

DATED:    7/23/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO INTERVENE—No. C-09-02318 RMW
TER

**United States District Court**
**For the Northern District of California**

1 | **Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Craig S. Ritchey | eFilingPA@dorsey.com |
| John G. Hursh | eFilingPA@dorsey.com |
| Karen Elizabeth Wentzel | eFilingPA@dorsey.com |
| Patricia Anne Welch | eFilingPA@dorsey.com |

**Counsel for Defendant:**

| | |
|---|---|
| Elise Kathryn Sara | esara@sheppardmullin.com |
| Jonathan P. Hersey | jhersey@sheppardmullin.com |
| Mark Kenneth Slater | mslater@sheppardmullin.com |

**Counsel for Intervenor:**

| | |
|---|---|
| Jesse Frank Ruiz | jfr@robinsonwood.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 7/24/09                               TER
                                        **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO INTERVENE—No. C-09-02318 RMW
TER                                              2