CRAIG S. RITCHEY   (SBN 45829)
JOHN G. HURSH    (SBN 113149)
PATRICIA A. WELCH   (SBN 127889)
KAREN E. WENTZEL   (SBN 112179)
DORSEY & WHITNEY LLP
1717 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 857-1717
Facsimile:  (650) 857-1288
E-Mail:   efilingpa@dorsey.com
          ritchey.craig@dorsey.com
          hursh.jack@dorsey.com
          welch.patricia@dorsey.com
          wentzel.karen@dorsey.com

Attorneys for Plaintiff
MAITA DISTRIBUTORS, INC. OF SAN MATEO


MARK K. SLATER   (SBN 129742)
JONATHAN P. HERSEY   (SBN 189240)
ELISE K. SARA   (SBN 253813)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
4 Embarcadero, 17th Floor
San Francisco, CA 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947
E-mail:  mslater@sheppardmullin.com
         jhersey@sheppardmullin.com
         esara@sheppardmullin.com

*E-FILED - 8/11/09*

Attorneys for Defendant
DBI BEVERAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>Defendant. | CASE NO. 5:09-CV-02318 RMW<br><br>STIPULATION AND ORDER TO AMEND COMPLAINT |

-1-
STIPULATION AND ORDER TO AMEND COMPLAINT                                5:09-CV-02318-RMW

1    IT IS HEREBY STIPULATED by and between the parties to this action through their 2 designated counsel that the complaint in the above-captioned action be amended to eliminate 3 only the Second Cause of Action for Breach of Contract, said cause of action to be dismissed 4 without prejudice, each party to bear their own costs and fees.

5 DATED:  July 20, 2009			DORSEY & WHITNEY LLP

7						By:     /s/
						       JOHN G. HURSH
8						Attorneys for Plaintiff
						MAITA DISTRIBUTORS, INC. OF SAN
9						MATEO

10 DATED:  July 20, 2009			SHEPPARD, MULLIN, RICHTER &
						HAMPTON LLP

13						By:     /s/
						       MARK K. SLATER
14						Attorneys for Defendant
						DBI BEVERAGE INC.

Filer's Attestation of Concurrence by Signatory

I, John G. Hursh, counsel for Maita Distributors, Inc. of San Mateo, hereby attest that I have obtained the concurrence of Mark K. Slater in the filing of this document.

						      /s/
						JOHN G. HURSH

**ORDER**

IT IS SO ORDERED.

Date:  8/11/09				        *Ronald M. Whyte*
						RONALD M. WHYTE
						UNITED STATES DISTRICT JUDGE