**E-FILED on** 8/12/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>Defendant. | No. C-09-02318 RMW<br><br>ORDER DENYING MOTION TO STAY ARBITRATION OR FOR PRELIMINARY INJUNCTION<br><br>**[Re Docket No. 11]** |

    Plaintiff's motion to stay arbitration or alternatively for preliminary injunction, which came on for hearing before the court on July 10, 2009, is denied. The court has issued a scheduling order that should allow the case to be resolved prior to the scheduled commencement of the arbitration.

DATED:      8/12/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO STAY ARBITRATION OR FOR PRELIMINARY INJUNCTION—No. C-09-02318 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Craig S. Ritchey | eFilingPA@dorsey.com |
| John G. Hursh | eFilingPA@dorsey.com |
| Karen Elizabeth Wentzel | eFilingPA@dorsey.com |
| Patricia Anne Welch | eFilingPA@dorsey.com |

**Counsel for Defendant:**

| | |
|---|---|
| Elise Kathryn Sara | esara@sheppardmullin.com |
| Jonathan P. Hersey | jhersey@sheppardmullin.com |
| Mark Kenneth Slater | mslater@sheppardmullin.com |

**Counsel for Intervenor:**

| | |
|---|---|
| Jesse Frank Ruiz | jfr@robinsonwood.com |
| Alissa Brett Rubin | arubin@kslaw.com |
| Michael W. Youtt | myoutt@kslaw.com |
| Russell D. Workman | rworkman@kslaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/12/09

TER
**Chambers of Judge Whyte**

ORDER DENYING MOTION TO STAY ARBITRATION OR FOR PRELIMINARY INJUNCTION—No. C-09-02318 RMW
TER
2