*See Next Page for Complete Counsel Information for All Parties*

***E-FILED - 10/20/09*__

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO, a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DBI BEVERAGE, INC., a Tennessee corporation,<br><br>　　　　　Defendant. | CASE NO. 5:09-CV-02318-RMW<br><br>STIPULATION & ORDER TO AMEND COMPLAINT; NOTICE OF WITHDRAWAL OF MILLERCOORS MOTION FOR PROTECTION FROM DISCOVERY AND PARTIAL SUMMARY JUDGMENT ON THE "SUCCESSOR BEER MANUFACTURER" ISSUE<br><br>Complaint Filed (in State Court):<br>May 6, 2009 |
| MILLERCOORS, LLC, a Delaware limited liability company,<br><br>　　　　　Intervenor. | Matter Removed on:<br>May 26, 2009<br><br>Judge:  Hon. Ronald M. Whyte |

```
 1  CRAIG S. RITCHEY    (SBN 45829)
    JOHN G. HURSH    (SBN 113149)
 2  PATRICIA A. WELCH    (SBN 127889)
    KAREN E. WENTZEL    (SBN 112179)
 3  DORSEY & WHITNEY LLP
    1717 Embarcadero Road
 4  Palo Alto, CA 94303
    Telephone:  (650) 857-1717
 5  Facsimile:  (650) 857-1288
    E-Mail:  efilingpa@dorsey.com
 6           hursh.jack@dorsey.com
             ritchey.craig@dorsey.com
 7           welch.patricia@dorsey.com
             wentzel.karen@dorsey.com
 8
    Attorneys for Plaintiff
 9  MAITA DISTRIBUTORS, INC. OF SAN MATEO,
    a California corporation
10

11

12  MARK K. SLATER    (SBN 129742)
    JONATHAN P. HERSEY    (SBN 189240)
13  ELISE K. SARA    (SBN 253813)
    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
14  4 Embarcadero, 17th Floor
    San Francisco, CA 94111-4109
15  Telephone:  415-434-9100
    Facsimile:  415-434-3947
16  E-mail:  mslater@sheppardmullin.com
             jhersey@sheppardmullin.com
17           esara@sheppardmullin.com

18  Attorneys for Defendant
    DBI BEVERAGE INC.
19

20

21  JESSE RUIZ    (SBN 77984)
    ROBINSON & WOOD, INC.
22  227 North First Street
    San Jose, CA  95113
23  Telephone:  408-298-7120
    Facsimile:  408-298-0477
24  E-mail:  jfr@robinsonwood.com

25  Attorney for Intervenor
    MILLERCOORS, LLC
26

27

28
```

-2-

STIPULATION & ORDER RE CONFIDENTIALITY                                    5:09-CV-02318 RMW

1   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the cause of action for declaratory relief in the complaint in the above-captioned action be amended to eliminate allegations that Intervenor MillerCoors, LLC ("MillerCoors") is not a successor beer manufacturer under California Business & Professions Code § 25000.2 (the "Statute"), more specifically to delete only paragraph 7 and subparagraph 12(a).  Plaintiff Maita Distributors, Inc. of San Mateo hereby waives any and all rights it has to pursue this issue, in this or any other forum, including without limitation an appeal under Cal. B&P Code 25000.2 from the arbitration now pending between Maita and defendant DBI Beverage Inc., as it relates to the events and circumstances giving rise to this action.  Each party will bear its own attorneys fees and costs associated with the litigation of this issue herein.

IT IS FURTHER STIPULATED AND NOTICE IS HEREBY GIVEN that, in light of Plaintiff's stipulation to waive any contention that MillerCoors is not a successor manufacturer, MillerCoors' Motion for Protection from Discovery, currently set for September 15, 2009 before the Honorable Howard R. Lloyd, and MillerCoors' Motion for Partial Summary Judgment on the "Successor Beer Manufacturer" Issue, currently set for September 18, 2009 before the Honorable Ronald M. Whyte, are hereby withdrawn.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 28, 2009                 DORSEY & WHITNEY LLP


                                       By:     /s/
                                          JOHN G. HURSH
                                          Attorneys for Plaintiff
                                          MAITA DISTRIBUTORS, INC. OF SAN
                                          MATEO

DATED: August 28, 2009                 SHEPPARD, MULLIN, RICHTER &
                                       HAMPTON LLP


                                       By:     /s/
                                          MARK K. SLATER
                                          Attorneys for Defendant
                                          DBI BEVERAGE INC.

DATED:  August 28, 2009                                          ROBINSON & WOOD, INC.

By:   /s/
      JESSE RUIZ
      Attorneys for Intervenor
      MILLERCOORS, LLC

Filer's Attestation of Concurrence by Signatory

I, John G. Hursh, counsel for Maita Distributors, Inc. of San Mateo, hereby attest that I have obtained the concurrence of Mark K. Slater and Jesse Ruiz in the filing of this document.

/s/
JOHN G. HURSH

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  10/20/09

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE