SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
MARK K. SLATER, Cal. Bar No. 129742
JONATHAN P. HERSEY, Cal. Bar No. 189240
ELISE K. SARA, Cal. Bar No. 253813
4 Embarcadero, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:    415-434-3947
mslater@sheppardmullin.com
jhersey@sheppardmullin.com
esara@sheppardmullin.com

*E-FILED - 10/22/09*

Attorneys for Defendant
DBI BEVERAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO COUNTY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>Defendant. | Case No.: 5:09-CV-2318 RMW (HRL)<br>**ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION FOR A SEALING ORDER IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>Hearing date:   October 30, 2009<br>Time:              9:00 a.m.<br>Dept.:             Courtroom 6, 4th Floor<br><br>Complaint Filed (in State Court):<br>May 6, 2009<br><br>Matter Removed on:<br>May 26, 2009 |

-1-

1    Pursuant to Local Rule 79-5(d) and 7-11, Defendant DBI Beverage Inc. ("DBI") files this
2 administrative motion for a sealing order to seal Exhibits A through O, U, and V attached to the
3 Declaration of Mark K. Slater In Support of DBI's Motion for Summary Judgment, or in the
4 alternative, Summary Adjudication ("Slater Declaration"), Exhibit A to the Declaration of Joseph
5 E. Thompson In Support of DBI's Motion for Summary Judgment, or in the alternative, Summary
6 Adjudication ("Thompson Decl."), and the portions of the Motion for Summary Judgment, or in
7 the alternative, Summary Adjudication ("Motion") which reference these Exhibits.

8    DBI respectfully requests that Exhibits A through O, U, and V to the Slater Declaration,
9 Exhibit A to the Thompson Declaration, and portions of DBI's brief in support of its Motion, be
10 filed under seal because these documents were produced pursuant to a Stipulated Protective Order
11 entered by the San Mateo County Superior Court in *DBI Beverage Inc. v. Maita Distributors, Inc.*
12 *et al.*, Case No. 481035 on March 18, 2009.  Plaintiff has designated documents attached as
13 Exhibits to the Slater Declaration and Thompson Declaration as "Confidential" under the
14 Protective Order.

15    Without agreeing with Plaintiff's designation, DBI respectfully requests that, upon
16 Plaintiff's showing that these materials merit sealing under Local Rule 75-9(d), the Court grant this
17 request and order the non-redacted version of DBI's Motion, Exhibits A through O, U, and V to
18 the Slater Declaration, and Exhibit A to the Thompson Declaration be filed under seal to protect
19 information that Plaintiff has designated as "Confidential."  Should Plaintiff fail provide a showing
20 sufficient to seal these documents under Local Rule 79-5(d), DBI requests these materials be made
21 part of the public record.

22 DATED: September 11, 2009        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

24                    By         */s/ Mark K. Slater*
                                  MARK K. SLATER
25                                JONATHAN P. HERSEY
26 Date: 10/22/09                  ELISE K. SARA

                GRANTED
                Ronald M. Whyte
                Judge Ronald M. Whyte

27                                Attorneys for Defendant
                                  DBI BEVERAGE INC.
28

-2-
W02-WEST:Document2                      ADMINISTRATIVE MOTION FOR SEALING