IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO,<br><br>    Plaintiff,<br><br>    -v-<br><br>DBI BEVERAGE, INC.,<br><br>    Defendant. | ***E-FILED - 10/22/09***<br><br>CASE NO.: C-09-02318-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that plaintiff's documents in support of opposition to the motion to stay arbitration lodged with the court on June 25, 2009 shall be filed under seal.

IT IS SO ORDERED.

DATED: October 22, 2009

_____
RONALD M. WHYTE
United States District Judge

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Copy of Order E-Filed to Counsel of Record: |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |