**E-FILED on** 10/26/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO, a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>　　　　Defendant. | No. C-09-02318 RMW<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF<br><br>**[Re Docket No. 75]** |

California Beer and Beverage Distributors has filed a motion for leave to file an *amicus* brief in connection with the parties' cross-motions for summary judgment, presently calendared for hearing on October 30, 2009. Defendant DBI and intervenor MillerCoors oppose CBBD's motion; plaintiff Maita Distributors does not oppose the motion, although it disagrees with CBBD's asserted arguments. Having considered the papers submitted, and for good cause appearing, the court grants CBBD's motion. CBBD may file its proposed papers and the court will consider them in connection with the parties' motions for summary judgment. Counsel for CBBD shall also be permitted to participate in oral argument on the summary judgment motions.

DATED:　　10/26/09　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF—No. C-09-02318 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Craig S. Ritchey | eFilingPA@dorsey.com |
| John G. Hursh | eFilingPA@dorsey.com |
| Karen Elizabeth Wentzel | eFilingPA@dorsey.com |
| Patricia Anne Welch | eFilingPA@dorsey.com |

**Counsel for Defendant:**

| | |
|---|---|
| Elise Kathryn Sara | esara@sheppardmullin.com |
| Jonathan P. Hersey | jhersey@sheppardmullin.com |
| Mark Kenneth Slater | mslater@sheppardmullin.com |

**Counsel for Intervenor:**

| | |
|---|---|
| Jesse Frank Ruiz | jfr@robinsonwood.com |
| Alissa Brett Rubin | arubin@kslaw.com |
| Michael W. Youtt | myoutt@kslaw.com |
| Russell D. Workman | rworkman@kslaw.com |

**Counsel for *Amicus* CBBD:**

| | |
|---|---|
| Brian C. Rocca | brian.rocca@bingham.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/26/09                                   TER
                                                      **Chambers of Judge Whyte**

ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF—No. C-09-02318 RMW
TER                                    2