SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
MARK K. SLATER, Cal. Bar No. 129742
JONATHAN P. HERSEY, Cal. Bar No. 189240
ELISE K. SARA, Cal. Bar No. 253813
MOLLY R. NEWLAND, Cal. Bar No. 244928
4 Embarcadero, 17th Floor
San Francisco, California  94111-4109
Telephone:    415-434-9100
Facsimile:     415-434-3947
mslater@sheppardmullin.com
jhersey@sheppardmullin.com
esara@sheppardmullin.com
mnewland@sheppardmullin.com

*E-FILED - 10/26/09*

Attorneys for Defendant
DBI BEVERAGE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO COUNTY, a California corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>              Defendant. | Case No.: 5:09-CV-2318 RMW (HRL)<br><br>**STIPULATION AND ORDER CONTINUING PRETRIAL DEADLINES**<br><br>Trial Date:   November 16, 2009<br>Time:         1:30 p.m.<br>Dept.:        Courtroom 6, 4th Floor<br><br>Complaint Filed (in State Court): May 6, 2009<br><br>Removed:  May 26, 2009 |

By and through their attorneys of record herein, the parties hereby stipulate and agree as follows:

**WHEREAS**, trial in this matter is set for November 16, 2009, and the Pretrial Conference is set for November 6, 2009;

-1-

1  **WHEREAS** the parties are currently required by this Court's Standing Pretrial Order to prepare and submit the various pretrial disclosures and documents listed in Section B of the Court's Standing Pretrial Order on October 23, 2009;

4  **WHEREAS** the parties are currently required by this Court's Standing Pretrial Order to prepare and submit the various pretrial disclosures and documents listed in Section C of the Court's Standing Pretrial Order on October 30, 2009;

7  **WHEREAS**, the Court has re-set the date for the submission of the parties' Joint Pretrial Statement to October 30, 2009;

9  **WHEREAS**, the parties wish to continue all of the pretrial filing deadlines set forth in section B of the Court's Standing Pretrial Order to October 30, 2009, and all of the pretrial deadlines set forth in Section C of the Court's Standing Pretrial Order to November 4, 2009;

13  **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and among the parties, through their respective counsel, this Honorable Court consenting, that all of the pretrial disclosures and deadlines set forth in Section B of this Court's Standing Pretrial Order are continued to October 30, 2009.

17  **IT IS FURTHER STIPULATED** that all of the pretrial disclosures and deadlines set forth in Section C of this Court's Standing Pretrial Order are continued to November 4, 2009.

Dated: October 20, 2009

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____
MARK K. SLATER
Attorneys for Defendant
DBI BEVERAGE INC.

1  Dated: October 20, 2009

2           DORSEY & WHITNEY LLP

4           By _____
                    CRAIG S. RITCHEY
5                   JOHN G. HURSH
                    Attorneys for Plaintiff
6                   MAITA DISTRIBUTORS, INC.

8  Dated: October 20, 2009

9           ROBINSON & WOOD, INC.

11          By _____
                    JESS F. RUIZ
12                  Attorneys for Intervenor
                    MILLERCOORS, LLC

**IT IS SO ORDERED.**

Dated: 10/26/09

_Ronald M. Whyte_
UNITED STATES DISTRICT JUDGE

-3-