**E-FILED on** 11/30/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAITA DISTRIBUTORS, INC. OF SAN MATEO, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DBI BEVERAGE INC., a Tennessee corporation,<br><br>Defendant. | No. C-09-02318 RMW<br><br>ORDER |

On November 30, 2009 the court issued its findings of fact and conclusions of law following the court trial in this matter. The court previously granted in part and denied in part the parties' cross-motions for summary judgment. It appears to the court that it may now be appropriate to enter judgment, and the parties are therefore directed to identify for the court all issues that remain to be resolved, if any. The parties shall file and serve their statements of remaining issues on or before December 11, 2009.

DATED: 11/30/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER—No. C-09-02318 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Craig S. Ritchey | eFilingPA@dorsey.com |
| John G. Hursh | eFilingPA@dorsey.com |
| Karen Elizabeth Wentzel | eFilingPA@dorsey.com |
| Patricia Anne Welch | eFilingPA@dorsey.com |

**Counsel for Defendant:**

| | |
|---|---|
| Elise Kathryn Sara | esara@sheppardmullin.com |
| Jonathan P. Hersey | jhersey@sheppardmullin.com |
| Mark Kenneth Slater | mslater@sheppardmullin.com |

**Counsel for Intervenor:**

| | |
|---|---|
| Jesse Frank Ruiz | jfr@robinsonwood.com |
| Alissa Brett Rubin | arubin@kslaw.com |
| Michael W. Youtt | myoutt@kslaw.com |
| Russell D. Workman | rworkman@kslaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 11/30/09

TER
**Chambers of Judge Whyte**

ORDER—No. C-09-02318 RMW
TER

2

United States District Court
For the Northern District of California