King & Spalding LLP
1100 Louisiana Street
Suite 4000
Houston, Texas  77002-5213
Tel:  (713) 751-3200
Fax: (713) 751-3290
www.kslaw.com

Russell D. Workman
Direct Dial:  713.751.3292
rworkman@kslaw.com

May 27, 2010

The Honorable Judge Ronald M. Whyte                                                        **Via ECF**
Courtroom 6
United States District Court
Northern District of California
San Jose Division
280 South 1st Street
San Jose, California 95113

  **Re:** No. 5:09-CV-05557-RMW; *Maita Distributors, Inc. of San Mateo County v. MillerCoors LLC*, In the United States District Court for the Northern District of California, San Jose Division
    and
    No. 5:09-CV-2318, *Maita Distributors, Inc. of San Mateo County v. DBI Beverage, Inc.*, In the United States District Court for the Northern District of California, San Jose Division

Dear Judge Whyte:

  Earlier this year, settlement agreements were reached in both of the above-styled cases. The parties are still working, however, to finalize the papers and conduct all necessary due diligence for the transfer of the brands at issue.  There is a status conference set for June 4, 2010 in Case No. 3:09-CV-05557, but the parties agree that such a conference is not necessary.  We therefore ask that the Court renew the stays in the above-styled actions and continue the status conference and other deadlines in both matters until September.

  Please let us know if you have any questions or require additional information.

           Very truly yours,

           */s/ Russell D. Workman*

           Russell D. Workman

The Honorable Judge Ronald M. Whyte
May 27, 2010
Page 2

| | | |
|---|---|---|
| cc: | Mr. Craig S. Ritchey | *Via ECF* |
| | Mr. John G. Hursh | |
| | Dorsey & Whitney LLP | |
| | 1717 Embarcadero Road | |
| | Palo Alto, California 94303 | |

Mr. Mark K. Slater  *Via ECF*
Mr. Jonathan Hersey
Sheppard, Mullin, Richter & Hampton LLP
4 Embarcadero, 17th Floor
San Francisco, CA 94111-4109

Mr. Jesse Ruiz  *Via ECF*
Robinson & Wood
227 North First Street, Suite 300
San Jose, CA 95113